IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TINA HOLLIDAY, et al., | ) | CIVIL NO. 05-00194 SPK-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| TIMOTHY HOLLIDAY, et al., | ) | CIVIL NO. 05-00299 SPK-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MARLETTE THOMAS, etc., et al., | ) | CIVIL NO. 05-00319 DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| K & S HELICOPTERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

The "Order Granting Plaintiffs' Motion to Consolidate Actions for Trial; and Findings and Recommendation to Reassign Consolidated Cases to District Judge David Alan Ezra" having been filed and served on all parties on February 3, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order Granting Plaintiffs' Motion to Consolidate Actions for Trial; and Findings and Recommendation to Reassign Consolidated Cases to District Judge David Alan Ezra" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2006.



_____
Helen Gillmor
Chief United States District Judge

---
CIVIL NO. 05-00194 SPK-LEK Holliday, et al. v. Extex et al., CIVIL NO. 05-00299 SPK-LEK Holliday, et al. v. Extex, et al., CIVIL NO. 05-00319 DAE-LEK Thomas, et al. v. K&S Helicopters, et al.
Order Adopting Magistrate Judge's Findings and Recommendation