IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TINA HOLLIDAY, et al., | ) | CIVIL NO. 05-00194DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| TIMOTHY HOLLIDAY, et al., | ) | CIVIL NO. 05-00299DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| MARLETTE E. THOMAS, et al., | ) | CIVIL NO. 05-00319DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| K&S HELICOPTERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on June 1, 2006 and served on all parties on June 5, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C)) and Local Rule 74.2, the "Findings and Recommendation that Dismissal be Entered and Order Granting Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of The Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc.'s Motion for Finding of Good Faith Settlement of Claims In Civil No. 05-00319DAE-LEK filed April 10, 2006" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 19, 2006.



_____
David Alan Ezra
United States District Judge

cc:   all parties of record

-------------------------------------------------------------
CIVIL 05-00194DAE-LEK Holliday vs. Extex; CIVIL 05-00299DAE-LEK Holliday vs. Extex CIVIL 05-00319DAE-LEK Thomas vs. K&S Helicopters, Inc.: ORDER ADOPTING FINDINGS AND RECOMMENDATION That Dismissal Be Entered and Order Granting Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of The Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc.'s Motion for Finding of Good Faith Settlement of Claims Filed April 10, 2006