IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TINA HOLLIDAY, et al., Plaintiffs, vs. EXTEX, et al., Defendants. | ) | CV NO 05-00194 DAE-LEK |
| TIMOTHY HOLLIDAY, et al., Plaintiffs, vs. EXTEX, et al., Defendants. | ) | CV NO 05-00299 DAE-LEK |
| MARLETTE THOMAS, etc., et al., Plaintiffs, vs. K&S HELICOPTERS, INC., et al., Defendants. | ) | CV NO 05-00319 DAE-LEK |

ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT ROLLS-ROYCE CORPORATION'S: 1) MOTION FOR PROTECTIVE ORDER; 2) MOTION TO COMPEL INSPECTION OF SUBJECT PARTS; AND 3) MOTION TO COMPEL PLAINTIFFS TO RETURN PRIVILEGED DOCUMENTS THAT WERE INADVERTENTLY PRODUCED

On July 13, 2006, Defendant Rolls-Royce Corporation filed the instant Motion, requesting the Court to expedite the hearing of three different motions purportedly related to discovery and expert witness testimony. It has been brought to this Court's attention that there are several disputes between the parties with regard to discovery issues.

However, as the Magistrate Judge is currently unavailable to resolve these issues prior to the expiration of the discovery deadline of July 14, 2006, this Court hereby GRANTS Defendant Rolls-Royce Corporation's Ex Parte Motion to Shorten Hearing and additionally ORDERS that the discovery deadline toll until

the hearing of those three motions, now scheduled before Magistrate Leslie Kobayashi on July 28, 2006 at 2:00 p.m.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 14, 2006.

David Alan Ezra
United States District Judge

Tina Holliday, et al. vs. Extex, et al., Cv. No. 05-00194 DAE-LEK, Timothy Holliday, et al. vs. Extex, et al., Cv. No. 05-00299 DAE-LEK, Marlette Thomas, etc., et al. vs. K&S Helicopters, Inc., et al., Cv. No. 05-00319 DAE-LEK; ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT ROLLS-ROYCE CORPORATION'S: 1) MOTION FOR PROTECTIVE ORDER; 2) MOTION TO COMPEL INSPECTION OF SUBJECT PARTS; AND 3) MOTION TO COMPEL PLAINTIFFS TO RETURN PRIVILEGED DOCUMENTS THAT WERE INADVERTENTLY PRODUCED