# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/7/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 05-00194DAE-LEK
CIVIL NO. 05-00299DAE-LEK
CIVIL NO. 05-00319DAE-LEK
[CONSOLIDATED]

CASE NAME: Tina Holliday, et al. Vs. Extex, et al.

Timothy Holliday, et al. Vs. Extex, et al.

Marlette E. Thomas, et al. Vs. K & S Helicopters, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi REPORTER:

DATE: 9/7/2006 TIME:

---

COURT ACTION: EO: Regarding the recent Discovery Disputes in the above entitled actions.

Due to the parties' inability to agree on the scope of the discovery disputes, they cannot proceed by letter brief but must file written motions which will then be scheduled for hearing.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager