MARK S. DAVIS 1442
DAVIS LEVIN LIVINGSTON GRANDE
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813
Telephone : (808) 524-7500
Facsimile : (808) 545-7802
E-mail : mdavis@davislevin.com

TERRY O'REILLY [Pro Hac Vice]
STEPHEN J. PURTILL [Pro Hac Vice]
O'REILLY & DANKO
1900 O'Farrell Street, Suite 360
San Mateo, CA 94403
Telephone : (650) 358-5901
Facsimile : (650) 358-2575
E-mail : spurtill@oreillylaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TINA HOLLIDAY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EXTEX, et al.,<br><br>Defendants. | Case No.: CV 05-00194 SPK LEK<br>(Airplane Product Liability)<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITIONS OF ZAREMBA AND DORN; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE**<br><br>**Date:**<br>**Time:**<br>**Dept.:**<br>**Trial Date: January 3, 2007** |

| | |
|---|---|
| TIMOTHY HOLLIDAY, et al.,<br>Plaintiffs,<br>vs.<br>EXTEX, et al.,<br>Defendants. | Case No.: CV 05-00299 SPK LEK |
| MARLETTE E. THOMAS, et al.<br>Plaintiffs,<br>vs.<br>K & S HELICOPTERS, INC., et al.<br>Defendants. | Case No. CV 05-00319 DAE-LEK |

**PLAINTIFFS' *EX PARTE* MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITIONSOF ZAREMBA AND DORN**

Plaintiffs hereby moves this Court *ex parte* for an order shortening time for hearing of its Motion to Compel Plaintiffs to Provide Their Written Authorizations Forthwith, electronically filed with the Court and served on the parties on September 7, 2006.

This *ex parte* motion is brought pursuant to FRCP 6 and LR 6.2 and 7.2, the Declaration of Counsel hereto, and the record and files herein.

DATED this 8TH day of September, 2006 at San Mateo, California.

/ s / Stephen J. Purtill
STEPHEN J. PURTILL, ESQ.
TERRY O'REILLY, ESQ.
O'REILLY & DANKO

MARK S. DAVIS, Esq.
MICHAEL K. LIVINGSTON
DAVIS LEVIN LIVINGSTON GRANDE
Attorney for Plaintiffs