# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/12/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 05-00194DAE-LEK
CIVIL NO. 05-00299DAE-LEK
CIVIL NO. 05-00319DAE-LEK
[CONSOLIDATED]

CASE NAME: Tina Holliday, et al. Vs. Extex, et al.

Timothy Holliday, et al. Vs. Extex, et al.

Marlette E. Thomas, et al. Vs. K & S Helicopters, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi REPORTER:

DATE: 9/12/2006 TIME:

---

COURT ACTION: EO: Counsel for Defendant Rolls Royce Corporation and Counsel for Plaintiffs in Civil No. 05-00194DAE-LEK and Civil No. 05-00299DAE-LEK have informed the Court that they have reached a tentative settlement.

Therefore:

The Hearing on Defendant Rolls-Royce Corporation's Motion to Compel Plaintiffs to Provide Their Written Authorizations Forthwith and Plaintiffs' Motion for Protective Order Quashing Depositions of Zaremba and Dorn currently set for **9/25/06 at 10:00 a.m.** before Magistrate Judge Leslie E. Kobayashi is **Vacated** and the motions are terminated.

Parties will be submitting withdrawals of their respective motions.

Defendant Superior Air Parts, Inc's **Joinder** in Defendant Rolls-Royce Corporation's Motion to Compel Plaintiffs to Provide Their Written Authorizations Forthwith is also **terminated without prejudice**.

Local Rule LR7.9, states, in pertinent part "Unless otherwise ordered by the court, whenever an underlying motion is withdrawn, any joinders are also treated as withdrawn."

Defendant Superior Air Parts, Inc. may refile their joinder as a separate motion if they wish.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager