IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TINA HOLLIDAY, et al., | ) | CIVIL NO. 05-0194DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| TIMOTHY HOLLIDAY, et al., | ) | CIVIL NO. 05-00299DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on February 12, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATIONS THAT DISMISSAL BE ENTERED AND ORDER

GRANTING DEFENDANT JOSEPH ZAREMBA'S RENEWED MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF CLAIMS FILED BY (1) TINA HOLLIDAY, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RUSSELL HOLLIDAY, AND AS NEXT FRIEND FOR HER MINOR CHILDREN, CHEYANNE HOLLIDAY AND AUSTIN HOLLIDAY IN CIVIL NO. 05-00194DAE-LEK; AND BY (2) TIMOTHY HOLLIDAY AND DARLENE HOLLIDAY IN CIVIL NO. 05-00299DAE-LEK, FILED JANUARY 10, 2007," are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, February 28, 2007.



_____
David Alan Ezra
United States District Judge

cc: all parties of record

---------------------------------------------------------
CIVIL 05-00194DAE-LEK Tina Holliday vs. Extex
CIVIL 05-00299DAE-LEK Timothy Holliday vs. Extex
ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS